0411060915

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SBI# 199620

Donalos S. Dewitt
_____
Plaintiff

V.

Raphael Williams, Mark Emig, Brian Berggren
Stan Taylor, Department of Corrections - Delaware
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: - 0 6 - 6 8 0 -

I, Donalos S. Dewitt, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV - 6 2006
DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • Yes   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution

   **Inmate Identification Number (Required):**  199620

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions*

2. Are you currently employed?   • •Yes   • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.  N/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Hollingsworth Heating and Air Conditioning  $265.00 A week  Milford De  3-1-05
   Milford De

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • No
   b. Rent payments, interest or dividends              • • Yes    • No
   c. Pensions, annuities or life insurance payments    • • Yes    • No
   d. Disability or workers compensation payments       • • Yes    • No
   e. Gifts or inheritances                             • Yes      • • No
   f. Any other sources                                 • • Yes    • No

   I Receive $20.00 A month From My Mom For my Personals Here.

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   My Mom Sends me $20.00 A month to supply my Personals And cosmetics, Envelopes, paper ETC.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   (•No)

 If "Yes" state the total amount $_____

 *Has PNC But it has been terminated years ago*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   • • Yes   (•No)

 If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

 *NA*

I declare under penalty of perjury that the above information is true and correct.

_10-31-06_     _Donald S. Dewitt_
DATE                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                     Page 1 of 1

HRYCI
10/31/06 10:08
ST 006 / OPR KJG
                                                                        06-680
SBI              : 199620
Resident Name    : DEWITT, DONALD S
Time Frame       : 04/11/2006 09:15 - 10/31/2006 10:08

-------------------------------------------------------------------------------------
Date          Time    Type              ST    OPR    Receipt #       Amount    Balance
-------------------------------------------------------------------------------------

04/11/2006    09:15   Intake            6     kjg    F18337           13.04      13.04
04/18/2006    05:48   Order             2     DDT    B110919           3.25       9.79
04/24/2006    11:51   Order             2     DDT    B111916           8.29       1.50
05/01/2006    10:28   Order             2     DDT    B112949           1.43       0.07
05/11/2006    11:24   Add               4     J      D47494           15.00      15.07
05/22/2006    13:15   Order             2     DDT    B116081           5.00      10.07
06/05/2006    12:27   Order             2     DDT    B118011          10.05       0.02
06/09/2006    14:23   Add               4     SEA    D49261           25.00      25.02
06/09/2006    15:43   Rec Payment      10     bsp    J3806             2.00      23.02
06/19/2006    12:10   Order             2     DDT    B120116           3.25      19.77
07/03/2006    13:17   Order             2     DDT    B122134           5.96      13.81
07/10/2006    08:45   Order             2     DDT    B123058           8.85       4.96
07/11/2006    08:39   Credit            3     WLH    C13239            6.25      11.21
07/11/2006    08:39   Order             3     WLH    C13240            3.25       7.96
07/11/2006    11:47   Rec Payment      10     bsp    J4102             0.50       7.46
07/18/2006    05:47   Order             2     DDT    B124178           7.45       0.01
07/25/2006    12:02   Add               4     SED    D51532           25.00      25.01
07/28/2006    11:56   Add               4     SED    D51810           30.00      55.01
08/01/2006    05:54   Order             2     DDT    B126279          25.84      29.17
08/08/2006    05:53   Order             2     WLH    B127285          27.33       1.84
08/15/2006    06:39   Order             2     DDT    B128398           1.74       0.10
08/18/2006    12:20   Add               4     SEA    D53072           20.00      20.10
08/21/2006    09:45   Order             2     DDT    B129284          11.48       8.62
08/29/2006    05:53   Order             2     WLH    B130275           3.78       4.84
09/05/2006    05:45   Order             2     WLH    B131223           2.60       2.24
09/06/2006    13:19   Add               4     SED    D54117           20.00      22.24
09/11/2006    10:51   Order             2     WLH    B132096          21.63       0.61
09/19/2006    09:20   Order             2     WLH    B133415           0.52       0.09
09/26/2006    12:45   Add               4     SEA    D55278           25.00      25.09
10/12/2006    13:14   Order             2     DDT    B136930           2.35      22.74
10/24/2006    09:14   Order             2     DDT    B138711          16.07       6.67
10/27/2006    11:43   Rec Payment      10     bsp    J6475             4.00       2.67
10/30/2006    10:19   Add               4     SED    D57233           20.00      22.67
10/30/2006    13:56   Order             2     WLH    B139738           4.21      18.46
```



FILED
NOV -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE