(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Donald S. Dewitt    199620__
    (Name of Plaintiff)    (Inmate Number)

__H.R.Y.C.I. 1301 East 12TH Street Wilmington De. 19809__
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

: 06 - 680
(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Raphael Williams__
(2) __Mark Emig__
(3) __Brian Berggrun__
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
NOV -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__NA__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _Disciplinary issues are ungrievable, they can only be appealed after a hearing. I Never had a hearing._

2. What was the result? _I Repeatedly wrote the Warden and Deputy Warden about my Rights Being Violated, I also wrote the grievance officer for a copy of the inmate manual to know my Rights. I Never Received any Response From the Grievance office._

D. If your answer to "B" is No, explain why not: _The Deputy Warden and Warden Repeatedly sent memos to me passing all authority on this matter to Captain Berggun. See attached ungrievable issues._

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Raphael Williams_

Employed as _Warden_ at _Howard R. Young Correctional Institution_

Mailing address with zip code: _1301 East 12th Street_
_Wilmington De. 19809_

(2) Name of second defendant: _Mach Emig_

Employed as _Deputy Warden_ at _Howard R. Young Correctional Institution_

Mailing address with zip code: _1301 East 12th Street_
_Wilmington De. 19809_

(3) Name of third defendant: _Brian Berggun_

Employed as _Captain_ at _Howard R. Young Correctional Institution_

Mailing address with zip code: _1301 East 12th Street_
_Wilmington De. 19809_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:

RE:         YOUR RECENT GRIEVANCE #06-

This memo is to inform you that the grievance submitted by you dated _____ regarding _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

__X__ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

___ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

___ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

___ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

✓ Other: Requests are not processed through the grievance procedure.

___ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

8 Honey Buns
2 Brownies
1 LittleDebbie
1 Legal Pad
1 Stamped Env
1 Pen

[handwritten arithmetic calculations in margins]

Defendants continues                    (Caption)

4.) Stan Taylor
5.) Delaware Department of Corrections          Civil Complaint

## II Defendants continues

4.) Name of Forth Defendant __Stan Taylor__
Employed As __Commissioner of Prisons__ At __Delaware Department of Corrections__
Mailing Address with Zipcode __245 McKee Road__
__Dover De 19901__

5.) Name of Fifth Defendant __Delaware Department of Corrections__
Employed As __Department of Corrections__ At __the State of Delaware__
Mailing Address __245 McKee Road__
__Dover De. 19901__

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

"Abuse of Authority"

1. On 9-26-06 I. was moved to Administrative Segregation (Pre Hearing Detention) For 2 checks mailed to me By my Brother Glenn Dewitt. My order to Be Held until Further Notice was signed by Deputy Warden Mark Emig and Captain Brian Berggren.

2. While on this I Never Received Any Paper work of Any Kind of the Allegations or Charges Against me. I was told only By Lieutenant Pedrick that I was Being Held Pending An Investigation. I was on this status For 30 days, I Never Had A Hearing And was Never Found Guilty of Any wrong Doing.

3. My Right to my Religous services was Denied my Entire stay on this status. I was not allowed to Attend my weekly Religous services or my Bible college classes.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to Be Financially Compensated For the Abuse of Authority, the cruel And unusual Punishment And The mental And Emotional Anguish I suffered at the actions of the Defendants.

3

2.) Cruel And Unusual Punishment

While on Administrative Segragation I was allowed out of my cell only 3 days a week for only 1 Hour at a time. This was my only opportunity to shower And I was not allowed any Phone calls. I wrote numerous Request to Captain Berggrun to make a Phone call Home to check on the Health of my mom who was in Kent General Hospital. He Never gave me Permission to make this call. All of my Personal Belongings Including my Bible, my Legal work, my medications, And all of my cosmetics were Confiscated And Held By Captain Berggrun my First 13 days on this Status. I only Received these After Numerous Request to Warden Williams And Deputy Warden Emig. Deputy Warden Emig Responded on 10-4-06 And Warden Williams on 10-5-06 By memo stating "Your correspondence Has Been Forwarded to Captain Berggrun For Any Response or Action Deemed necessary." On the Day Warden Williams memo was sent to Captain Berggrun I Received my Personals. Both the Warden And Deputy Warden Repeatedly Passed all authority in this matter to Captain Berggrun Even after I Repeatedly claimed to Have my Rights violated. Even Shampoo is not allowed on this status, it is considered a Privlidge.

3.) Mental And Emotional Anguish

On 9-27-06 Captain Berggrun informed me He did not Have time to give me my Personals And that it would Be a while Before He could get around to investigating my case. He Repeatedly States that In the mean time I could write to Him and Admit guilt to what I was Doing wrong, it would speed up my getting off of this Status. On 9-29-06 warden Williams Responded to my Request For my Personals And to Be Released From this Status By memo stating Captain Berggrun Has Been working on other issues And will Handle your Request As soon As possible. They clearly uses my Confinement And personals As weapons Against me, For information against myself. On 10-1-06 thru 10-3-06 I was In the infirmary on suicide watch over Repeated And overwelming Feelings of Frustration over

4.) Howard R. Young Correctional Institution allows as standard procedure violations of inmates rights. An inmate is entitled to 1 hour of recreation a day, either daily or atleast 5 days a week, not only 3 days a week. Especially for an inmate who has not been found guilty of any wrong doing, or who never posed a threat of harm to anyone. Stan Taylor the commissioner of Delaware Prisons and the Department of Corrections in Delaware are liable and ultimately responsible to assure that all inmates rights are fulfilled by previous set statutory guidelines.

Commissioner Taylor and the Delaware Department of Corrections are responsible for allowing Warden Raphael Williams and the Howard R. Young Correctional Institution to violate inmates rights as standard procedure on a daily basis, for those on Administrative Segregation. All administrative segregations get only 3 hours of recreation a week.

All inmates on Administrative Segregation were to have the charges against them in writing and to have an opportunity to respond to these allegations in front of the watch commander or a designee. Within 24 hours of being placed on this status. Hearings are to be held within no longer then 72 hours.

I was on this status 30 days. I never received any paperwork of the allegations against me and I never had a hearing.

As standard routine procedure on this status no one on Administrative Segregation is allowed to attend any religious or educational classes or services.

2. the Defendants to be Reprimanded For Not Following Proper Rules of Conduct which Guards Inmates Rights And Privileges.

3. That other inmates on this status Rights Are Fulfilled.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of October, 2006.

Donald S. Dewitt
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Donald Dewitt SBI #199626
H.R.Y.C.I.
[illegible]
Wilmington De 19809

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington De 19801

LEGAL MAIL ONLY